## (March 8, 1965)

■ ADRIAN PARK HOMES, INC., Respondent, v. ANGELO RUSSO et al., Appellants.— In an action to recover damages for breach of a covenant against incumbrances in a deed, defendants appeal from a judgment of the Supreme Court, Nassau County, entered February 28, 1963, upon the opinion-decision of the court after a nonjury trial, in favor of the plaintiff and against the defendants. Appeal dismissed, without costs. The notice of appeal was not timely served (*People ex rel. Manhattan Stor. & Warehouse Co.* v. *Lilly*, 299 N. Y. 281; *Berkson* v. *Schneiderman*, 280 App. Div. 142; *Matter of Stern Bros.* [*Livingston*], 2 A D 2d 553; *Kall & Kall* v. *Nussbaum*, 10 A D 2d 647). Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.